■ MYRNA WALKER, Respondent, v ROBERT WALKER, Appellant. [925 NYS2d 364]—Appeal from an order of the Supreme Court, Oswego County (Norman W. Seiter, Jr., J.), entered March 8, 2010 in a divorce action. The order determined the scope of an equitable distribution hearing.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Peradotto, Lindley, Green and Gorski, JJ.

■ KEITH McDAY, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 116701.) [924 NYS2d 891]—Appeal from an order of the Court of Claims (Renee Forgensi Minarik, J.), entered July 1, 2010. The order denied the motion of claimant for partial summary judgment.

Now, upon reading and filing the stipulation of settlement and discontinuance signed by claimant on April 5, 2011 and by the attorney for defendant on April 8, 2011,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Scudder, P.J., Peradotto, Lindley, Green and Gorski, JJ.